JEFFREY SLOAN, ESQ. (SBN 078179)
C. CHRISTINE MALONEY, ESQ. (SBN 226575)
STEVE J. CIKES, ESQ. (SBN 235413)
RENNE SLOAN HOLTZMAN & SAKAI, LLP
50 California Street, Suite 2100
San Francisco, CA 94111
Telephone: (415) 678-3800
Facsimile: (415) 678-3838
jsloan@publiclawgroup.com

Attorneys for Defendant
CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEVIN MARTIN, | Case No.: **C-06-6146 CRB** |
|---|---|
| Plaintiff, | **STIPULATION BETWEEN THE PARTIES TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| CITY OF RICHMOND, | |
| Defendant. | |

Stipulation
Case No. C-05-00490-CW

IT IS HEREBY STIPULATED pursuant to Northern District Local Rule 6-1(a), by and between Plaintiff Kevin Martin and Defendant City of Richmond, that the deadline for the City of Richmond to file a response to Plaintiff's Complaint be extended until December 15, 2006.

Dated: October 20, 2006          RENNE SLOAN HOLTZMAN & SAKAI, LLP

By: _____
Jeffrey Sloan
C. Christine Maloney
Steve J. Cikes
Attorneys for Defendant City of Richmond

Dated: October 20, 2006          RAINS LUCIA & WILKINSON, LLP

By: _____
Alison Berry Wilkinson
Attorneys for Plaintiff Kevin Martin



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

October 23, 2006

Stipulation
Case No. C-05-00490-CW

RENNE SLOAN HOLTZMAN & SAKAI, LLP
Attorneys at Law