JEFFREY SLOAN, ESQ. (SBN 078179)
C. CHRISTINE MALONEY, ESQ. (SBN 226575)
STEVE J. CIKES, ESQ. (SBN 235413)
RENNE SLOAN HOLTZMAN & SAKAI, LLP
50 California Street, Suite 2100
San Francisco, CA  94111
Telephone:  (415) 678-3800
Facsimile:   (415) 678-3838
jsloan@publiclawgroup.com

Attorneys for Defendant
CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MARTIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF RICHMOND,<br><br>　　　　　Defendant. | **Case No.: C-06-6146 CRB**<br><br>**STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES**<br><br>**Complaint Filed: September 29, 2006**<br>**Trial Date:　　　　 TBD** |

*(left margin, vertical)* RENNE SLOAN HOLTZMAN SAKAI LLP
Attorneys at Law

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RENNE SLOAN HOLTZMAN SAKAI LLP
Attorneys at Law

1    Pursuant to Northern District Civil Local Rule 6-2, Plaintiff Kevin Martin and Defendant

2    City of Richmond, through their respective counsel, hereby stipulate and agree:

3        1.    That due to the respective schedules of counsel for the parties, the current date for

4    the Initial Case Management Conference is inconvenient and should be continued from January

5    5, 2007 until February 9, 2007;

6        2.    That the December 15, 2006 deadline for the parties to complete their meet and

7    confer obligations regarding initial disclosures, early settlement ADR process selection and

8    discovery plan be continued until January 15, 2007; and

9        3.    That the December 29, 2006 deadline for the parties to complete initial

10   disclosures, file Case Management Statement, and file Rule 26(f) Report be continued until

11   January 29, 2006.

12       **IT IS SO STIPULATED.**

13   Dated: December 15, 2006                RENNE SLOAN HOLTZMAN SAKAI LLP

14

15                                            By:_____

16                                                   Jeffrey Sloan
                                                     Steve J. Cikes
17                                            Attorneys for Defendant City of Richmond

18

19   Dated: December 15, 2006               RAINS LUCIA & WILKINSON, LLP

20

21                                            By:_____

22                                                 Alison Berry Wilkinson
                                             Attorney for Plaintiff Kevin Martin

23

24       **IT IS SO ORDERED.**

25

26   Dated:  December 19 , 2006              _____

27   The Honorable Charles [...]
     UNITED STATES DIS[...]

28

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-06-6146-CRB