UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN MARTIN,　　　　　　　　　　　　　　　　No. C06-6146 CRB (JCS)

　　　　　　　Plaintiff(s),

　　v.　　　　　　　　　　　　　　　　　　　　**NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**

CITY OF RICHMOND,

　　　　　　　Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　　The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

　　　　The parties shall meet and confer by **March 16, 2009**, regarding plans for

　　　　(a)　　The exchange of information, and;

　　　　(b)　　A schedule for the case, including any motions or settlement efforts.

　　　　The parties shall file a joint case management report with the results of their meet and confer, and their proposals for the case schedule and any potential proposed motions and ADR by **March 27, 2009.** Upon filing of the report, the Court will review the report and schedule a case management conference.

　　　　IT IS SO ORDERED.

Dated: March 2, 2009

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge