JEFFREY SLOAN, ESQ. (SBN 078179)
jsloan@rshslaw.com
TIMOTHY G. YEUNG, ESQ. (SBN 186170)
tyeung@rshslaw.com
STEVE CIKES, ESQ. (SBN 235413)
scikes@rshslaw.com
RENNE SLOAN HOLTZMAN SAKAI LLP
350 Sansome Street, Suite 300
San Francisco, CA 94104-1304
Telephone: (415) 678-3800
Facsimile: (415) 678-3838

Attorneys for Defendant
CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MARTIN,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF RICHMOND,<br><br>  Defendant. | **Case No.: C-06-6146 CRB**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR THE PARTIES TO STIPULATE TO CONDITIONAL COLLECTIVE ACTION CERTIFICATION**<br><br>**Complaint Filed:** September 29, 2006<br>**Trial Date:** Not Set |

Plaintiff Kevin Martin ("Plaintiff") and Defendant City of Richmond ("City"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on April 7, 2009, Plaintiff filed a Motion for Leave to File a Second Amended Complaint, to include, *inter alia*, additional claims that the City violated the Fair Labor Standards Act (29 U.S.C. § 201 *et seq.*, "FLSA") by failing to compensate Plaintiff and other "similarly situated" Richmond police officers for overtime hours worked.

WHEREAS, the hearing on Plaintiff's motion to amend was initially scheduled for May 15, 2009.

WHEREAS, on April 21, 2009, Magistrate Judge Spero issued a Case Management and Settlement Conference Order, ordering the parties to stipulate to conditional collective action certification by May 20, 2009.

WHEREAS, on April 24, 2009, the Court, on its own motion, continued the hearing on Plaintiff's motion to amend to June 5, 2009.

WHEREAS, the parties are unable to enter into a stipulation on conditional collective action certification by May 20, 2009, due to uncertainty as which claims such a stipulation would cover in light of the upcoming hearing on Plaintiff's motion to amend.

THEREFORE, THE PARTIES STIPULATE AND AGREE THAT:

1. The May 20, 2009 deadline for the parties to stipulate to conditional collective action certification be continued until June 19, 2009 – two weeks after the hearing currently scheduled on Plaintiff's motion to amend.

Dated: May 20, 2009

RENNE SLOAN HOLTZMAN SAKAI LLP

By: _____
Steve Cikes
Attorney for Defendant City of Richmond

Dated: May 20, 2009

RAINS LUCIA STERN, PC

By: _____
Peter Hoffmann
Attorney for Plaintiff Kevin Martin

**IT IS SO ORDERED.**

Dated: _____May 21_____, 2009

The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

2

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR THE PARTIES TO STIPULATE TO CONDITIONAL COLLECTIVE ACTION CERTIFICATION ; CASE No. C-06-6146 CRB