JEFFREY SLOAN, ESQ. (SBN 078179)
jsloan@rshslaw.com
TIMOTHY G. YEUNG, ESQ. (SBN 186170)
tyeung@rshslaw.com
STEVE CIKES, ESQ. (SBN 235413)
scikes@rshslaw.com
RENNE SLOAN HOLTZMAN SAKAI LLP
350 Sansome Street, Suite 300
San Francisco, CA 94104-1304
Telephone: (415) 678-3800
Facsimile: (415) 678-3838

Attorneys for Defendant
CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEVIN MARTIN, | Case No.: **C-06-6146 CRB** |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT AND SETTLEMENT CONFERENCE ORDER** |
| vs. | |
| CITY OF RICHMOND, | |
| Defendant. | **Complaint Filed:** September 29, 2006<br>**Trial Date:** Not Set |

Plaintiff Kevin Martin ("Plaintiff") and Defendant City of Richmond ("City"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on April 21, 2009, the Court issued a Case Management and Settlement Conference Order scheduling deadlines by which the parties must complete discovery, bring dispositive motions, and stipulate to conditional collective action certification. The Order further tentatively schedules a mandatory settlement conference for October 26, 2009 before Magistrate Judge Spero.

WHEREAS, on June 22, 2009, the parties entered into a stipulation conditionally certifying this action as a collective action for purposes of discovery and trial. Under the stipulation, the parties agreed that this action should proceed on a representative basis and further agreed to randomly select representative plaintiffs by July 17, 2009.

1

1  WHEREAS, on July 15, 2009, the parties randomly selected representative plaintiffs for each subgroup identified in Plaintiff's First Amended Complaint. The parties are now primed to engage in the discovery process outlined in their collective action certification stipulation, approved by the Court on June 22, 2009.

WHEREAS, the stipulation to proceed as a collective action authorizes the City to propound all discovery mechanisms upon each of the 16 representative plaintiffs, and authorizes Plaintiff to depose up to 10 defense witnesses in addition to any expert or 30(b)(6) witnesses designated by the City.

WHEREAS, the parties have, and continue to engage in good faith settlement discussions since meeting with Judge Spero as part of a Case Management Conference on April 20, 2009.

WHEREAS, the parties will require an additional two months in order to complete discovery, prepare dispositive motions and continue informal settlement discussions and therefore request that the litigation schedule set forth in the Case Management and Settlement Conference Order be modified accordingly.

THEREFORE, THE PARTEIS STIPULATE AND AGREE THAT:

1.  The August 21, 2009 discovery deadline shall be continued until September 25, 2009.

2.  The August 21, 2009 deadline for the parties to file dispositive motions shall be continued until October 23, 2009.

3.  The September 25, 2009 deadline for hearing dispositive motions shall be continued until December 4, 2009.

4.  The tentatively scheduled October 26, 2009 settlement conference is hereby vacated. The Court will schedule a settlement conference, to be held thirty (30) days after the hearing on any dispositive motions, by separate order.

///
///
///
///

STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT AND SETTLEMENT CONFERENCE ORDER; CASE NO. C-06-6146 CRB

| | |
|---|---|
| Dated: July 23, 2009 | RENNE SLOAN HOLTZMAN SAKAI LLP |
| | By: /s/ Steve Cikes |
| | Steve Cikes |
| | Attorney for Defendant City of Richmond |
| Dated: July 23, 2009 | RAINS LUCIA STERN, PC |
| | By: /s/ Peter Hoffman |
| | Peter Hoffmann |
| | Attorney for Plaintiff Kevin Martin |

**IT IS SO ORDERED.**

Dated: JUL 3 0 2009, 2009

The Honorable Charles R. Breyer
UNITED STATES DISTRICT COURT JUDGE

3

STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT AND SETTLEMENT CONFERENCE ORDER;
CASE NO. C-06-6146 CRB